CLERK U.S. DISTRICT COURT

JAN 22 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1

UNITED STATES DISTRICT COURT

2

CENTRAL DISTRICT OF CALIFORNIA          JS-6

3

SOUTHERN DIVISION

4

| | |
|---|---|
| 5  FORT PROPERTIES, INC., | CASE NO. SACV07-365-AG(JCx) |
| 6            Plaintiff and | |
| 7            Counter-Defendant, | **JUDGMENT IN FAVOR OF FORT** |
| 8     vs. | **PROPERTIES, INC.** |
| 9  AMERICAN MASTER LEASE, LLC, a | |
| 10  Delaware limited liability company, | |
| 11            Defendant and | |
|             Counter-Plaintiff. | |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   WHEREAS, Plaintiff Fort Properties, Inc. ("Fort Properties") filed a motion
2   for summary judgment pursuant to Fed. R. Civ. P. 56 and L.R. 56-1 seeking a finding
3   of invalidity of U.S. Patent No. 6,292,788 (the "'788 patent");

4   WHEREAS, the Court, having considered the motion and all papers submitted
5   in connection therewith or in response thereto, and the evidence of record, granted
6   Fort Properties' motion for summary judgment; and

7   WHEREAS, there are no further matters raised by the pleadings that require
8   adjudication by the Court;

9   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED,
10  that judgment is hereby entered in favor of Fort Properties, Inc. and against American
11  Master Lease, LLC ("AML") on the Complaint, the Counterclaim and the Reply.

12  IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that each of the
13  claims of the '788 patent is invalid under 35 U.S.C. §101.

14  IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that Fort
15  Properties is the prevailing party as described in Local Rule 54-2.1 and Fort
16  Properties shall file its Bill of Costs within fifteen (15) days after entry of this
17  Judgment in accordance with the Local Rules.

18  IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that Fort
19  Properties may file a motion or application for attorneys' fees within fourteen (14)
20  days after entry of this Judgment in accordance with Local Rule 54-12.

21

22  Dated: January 22, 2009

United States District Judge

23
24
25
26
27
28

JUDGMENT